# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0295. ARMONDO MARTINEZ v. THE STATE.**

A judge in Douglas County issued warrants for Armondo Martinez's arrest on charges of fleeing or attempting to elude a police officer and various driving offenses. Martinez, who appears to be currently incarcerated on other charges, filed a "Motion to Indict or Dismiss" the Douglas County charges. The trial court denied the motion, and Martinez filed this direct appeal.

A criminal case is not final and ripe for appeal until all of the charges against the defendant have been resolved. See *Seals v. State*, 311 Ga. 739, 741-743 (2) (a) (860 SE2d 419) (2021), disapproved of on other grounds by *Gonzales v. State*, 315 Ga. 661, 665, n. 7 (1 ) (b) (884 SE2d 339) (2023). Here, as no indictment has yet been issued, it appears that the trial court's order denying Martinez's motion to indict or dismiss the charges is interlocutory, not final. Cf. *Stewart v. State*, 240 Ga. App. 154, 154 (522 SE2d 743) (1999) (holding that an order denying a motion to dismiss an indictment is an interlocutory order). In order to appeal from an interlocutory order, Martinez was required to follow the interlocutory appeal procedures, including obtaining a certificate of immediate review and filing an application for interlocutory

review. See OCGA § 5-6-34 (b); *Duke v. State*, 306 Ga. 171, 172 (1) (829 SE2d 348) (2019). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/03/2023_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*